■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL COLON, Appellant. — Judgment, Supreme Court, Bronx County (Maurice Grey, J.), rendered on April 7, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Asch, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZEF LEKOCAJ, Appellant. — Judgment, Supreme Court, New York County (Anita Florio, J.), rendered on April 25, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Order filed. Concur — Sullivan, J. P., Carro, Asch and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN JACKSON, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on June 7, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Asch and Fein, JJ.